# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED ENTERED
LOGGED RECEIVED

JUL 0 8 2016

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
                                                  )   Case No.   **16-1601SAG**
In the Matter of the Search of Six Cellular Telephones )
Seized From Two Individuals At NSA on April 8, 2016, )
Currently In Law Enforcement Possession )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the _____ District of _____ Maryland _____ , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
    ☑ evidence of a crime;
    ☐ contraband, fruits of crime, or other items illegally possessed;
    ☐ property designed for use, intended for use, or used in committing a crime;
    ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841 and 844, | Possession and distribution of controlled substances, |
| 18 U.S.C. § 922(g), | Possession of firearms by a prohibited person, |
| 18 U.S.C. § 13 | Carrying firearms |

The application is based on these facts:

See Attached Affidavit.

    ☑ Continued on the attached sheet.
    ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Special Agent Sean P. Regan
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 15 2016

_____
*Judge's signature*

City and state: Balitmore, Maryland      Honorable Magistrate Stephanie A. Gallagher
                                                                       *Printed name and title*